# Exhibit 5

# United States of America
## United States Patent and Trademark Office

# ◦⦿◦ ripple

| | |
|---|---|
| **Reg. No. 4,528,771** | RIPPLE LABS INC. (CALIFORNIA CORPORATION)<br>#2724 |
| **Registered May 13, 2014** | 268 BUSH STREET<br>SAN FRANCISCO, CA 94104 |
| **Int. Cl.: 36** | |
| | FOR: CURRENCY EXCHANGE SERVICES; ON-LINE REAL-TIME CURRENCY TRADING; CASH MANAGEMENT, NAMELY, FACILITATING TRANSFERS OF ELECTRONIC CASH |
| **SERVICE MARK** | EQUIVALENTS; VIRTUAL CURRENCY EXCHANGE TRANSACTION SERVICES FOR TRANSFERRABLE ELECTRONIC CASH EQUIVALENT UNITS HAVING A SPECIFIED |
| **PRINCIPAL REGISTER** | CASH VALUE; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF CURRENCY VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF VIRTUAL CURRENCY AND DIGITAL CURRENCY VIA ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). |

FIRST USE 1-0-2013; IN COMMERCE 1-0-2013.

THE MARK CONSISTS OF THE WORD "RIPPLE" ALL IN LOWER CASE LETTERS IMMEDIATELY PRECEDED BY THREE CONNECTED CIRCLES.

SER. NO. 86-052,926, FILED 8-30-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office