# Exhibit 6

# United States of America
### United States Patent and Trademark Office

# ripple

**Reg. No. 4,532,723**
**Registered May 20, 2014**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIPPLE LABS INC. (CALIFORNIA CORPORATION)
#2724
268 BUSH STREET
SAN FRANCISCO, CA 94104

FOR: COMPUTER PROGRAMS AND COMPUTER SOFTWARE FOR ELECTRONICALLY TRADING TRADITIONAL CURRENCY AND VIRTUAL CURRENCY; COMPUTER SOFTWARE, NAMELY, ELECTRONIC FINANCIAL PLATFORM THAT ACCOMMODATES PAYMENT AND FINANCIAL TRANSACTIONS; COMPUTER HARDWARE FOR TRANSMITTING VIRTUAL CURRENCY AND TRADITIONAL CURRENCY BETWEEN COMPUTERS VIA A PEER-TO-PEER COMPUTER NETWORK; DOWNLOADABLE ELECTRONIC DATA FILES FEATURING TRANSFERRABLE ELECTRONIC CASH EQUIVALENT UNITS HAVING A SPECIFIED CASH VALUE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2013; IN COMMERCE 1-0-2013.

THE MARK CONSISTS OF THE WORD "RIPPLE" ALL IN LOWER CASE LETTERS IMMEDIATELY PRECEDED BY THREE CONNECTED CIRCLES.

SER. NO. 86-052,907, FILED 8-30-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office