# Exhibit 7

# United States of America
## United States Patent and Trademark Office

# RIPPLE

**Reg. No. 4,453,543**  
**Registered Dec. 24, 2013**  
**Int. Cl.: 36**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**

OPENCOIN, INC. (CALIFORNIA CORPORATION)  
268 BUSH STREET, #2724  
SAN FRANCISCO, CA 941043503

FOR: FINANCIAL SERVICES, NAMELY, PROVIDING SECURE PAYMENT OPTIONS TO MEMBERS OF AN ONLINE COMMUNITY VIA A GLOBAL COMPUTER NETWORK THROUGH THE USE OF TRADITIONAL CURRENCY AND VIRTUAL CURRENCY, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-2004; IN COMMERCE 8-31-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-774,758, FILED 11-8-2012.

JENNIFER MARTIN, EXAMINING ATTORNEY



Commissioner for Trademarks of the  
United States Patent and Trademark Office