# Exhibit 10

# United States of America
### United States Patent and Trademark Office

# RIPPLE COMMUNICATIONS

| | |
|---|---|
| **Reg. No. 4,453,376** | OPENCOIN, INC. (CALIFORNIA CORPORATION) |
| **Registered Dec. 24, 2013** | C/O FELDMAN GALE, P. A.<br>2 S. BISCAYNE BLVD., 30TH FLOOR<br>MIAMI, FL 33131 |
| **Int. Cl.: 36** | |
| | FOR: FINANCIAL SERVICES AND FINANCIAL TRANSACTION SERVICES, NAMELY, PROVIDING SECURE COMMERCIAL TRANSACTIONS AND PAYMENT OPTIONS , IN CLASS 36 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 7-31-1998; IN COMMERCE 7-31-1998. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMMUNICATIONS", APART FROM THE MARK AS SHOWN.

SER. NO. 85-746,224, FILED 10-4-2012.

JENNIFER MARTIN, EXAMINING ATTORNEY



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office