# Exhibit 11

# United States of America
### United States Patent and Trademark Office

# RIPPLE COMMUNICATIONS

**Reg. No. 4,390,999**  
**Registered Aug. 27, 2013**  
**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

OPENCOIN, INC. (CALIFORNIA CORPORATION)
2 S. BISCAYNE BLVD., 30TH FLOOR
C/O FELDMAN GALE, P. A.
MIAMI, FL 33131

FOR: TELECOMMUNICATION SERVICES, NAMELY, TELEPHONE AND CONFERENCE CALLING SERVICES; PROVIDING ELECTRONIC TELECOMMUNICATION CONNECTIONS FOR MEETINGS; ELECTRONIC VOICE MESSAGING SERVICES, NAMELY, THE RECORDING AND SUBSEQUENT TRANSMISSION OF VOICE MESSAGES BY TELEPHONE; PROVIDING TELEPHONE SERVICES WITH VARIOUS FEATURES, NAMELY, DISCUSSION GROUPS, FORUMS, CHAT ROOMS, ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-31-1998; IN COMMERCE 7-31-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMMUNICATIONS", APART FROM THE MARK AS SHOWN.

SER. NO. 85-746,235, FILED 10-4-2012.

JENNIFER MARTIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office