# Exhibit 12

# United States of America
### United States Patent and Trademark Office

# RIPPLE TRADE

**Reg. No. 4,867,705**  
**Registered Dec. 8, 2015**  
**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIPPLE LABS INC. (CALIFORNIA CORPORATION)  
268 BUSH STREET, #2724  
SAN FRANCISCO, CA 94104

FOR: SERVICES IN THE NATURE OF SOFTWARE AS A SERVICE FEATURING COMPUTER SOFTWARE PLATFORMS FOR FINANCIAL TRADING TRANSACTIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-5-2014; IN COMMERCE 5-5-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,453,376, 4,528,771, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRADE", APART FROM THE MARK AS SHOWN.

SN 86-230,653, FILED 3-24-2014.

PATRICIA EVANKO, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office