# Exhibit 13

# United States of America
### United States Patent and Trademark Office

# RIPPLE LABS

| | |
|---|---|
| **Reg. No. 4,845,538** | RIPPLE LABS, INC. (DELAWARE CORPORATION) |
| | 268 BUSH STREET, #2724 |
| **Registered Nov. 3, 2015** | SAN FRANCISCO, CA 94104 |
| **Int. Cl.: 36** | FOR: CURRENCY EXCHANGE SERVICES; ON-LINE REAL-TIME CURRENCY TRADING; CASH MANAGEMENT, NAMELY, FACILITATING TRANSFERS OF ELECTRONIC CASH EQUIVALENTS; VIRTUAL CURRENCY EXCHANGE TRANSACTION SERVICES FOR |
| **SERVICE MARK** | TRANSFERRABLE ELECTRONIC CASH EQUIVALENT UNITS HAVING A SPECIFIED CASH VALUE; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF CURRENCY VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; ELECTRONIC FUNDS |
| **PRINCIPAL REGISTER** | TRANSFER, NAMELY, TRANSMISSION OF VIRTUAL CURRENCY AND DIGITAL CURRENCY VIA ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). |

FIRST USE 10-16-2013; IN COMMERCE 10-16-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,528,772, 4,532,727 AND OTHERS.

SER. NO. 86-578,952, FILED 3-27-2015.

JOANNA FIORELLI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office