# Exhibit 14

# United States of America
## United States Patent and Trademark Office

# RIPPLE LABS

| | |
|---|---|
| **Reg. No. 4,841,452** | RIPPLE LABS, INC. (DELAWARE CORPORATION)<br>268 BUSH STREET, #2724 |
| **Registered Oct. 27, 2015** | SAN FRANCISCO, CA 94104 |
| **Int. Cl.: 38** | FOR: PEER-TO-PEER NETWORK COMPUTER SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF FINANCIAL DATA VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; TRANSMISSION OF FINANCIAL INFORMATION BY ELECTRONIC COMMUNICATIONS NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 10-16-2013; IN COMMERCE 10-16-2013. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,528,772, 4,532,727 AND OTHERS.

SER. NO. 86-581,262, FILED 3-30-2015.

JOANNA FIORELLI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office