# Exhibit 15

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,953,955**

**Registered May 10, 2016**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIPPLE LABS, INC. (DELAWARE CORPORATION)
268 BUSH STREET, #2724
SAN FRANCISCO, CA 94104

FOR: PEER-TO-PEER NETWORK COMPUTER SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF FINANCIAL DATA VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; TRANSMISSION OF FINANCIAL INFORMATION BY ELECTRONIC COMMUNICATIONS NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-16-2013; IN COMMERCE 10-16-2013.

OWNER OF U.S. REG. NOS. 4,390,999, 4,453,543 AND OTHERS.

THE MARK CONSISTS OF A DESIGN OF BUBBLES ABOVE A BEAKER NEXT TO THE WORD "RIPPLE" IN LOWER CASE AND BOLD LETTERING AND THE WORD "LABS" WITH A CAPITAL "L" AND LOWER CASE LETTERING "ABS".

SER. NO. 86-581,311, FILED 3-30-2015.

JOANNA FIORELLI, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office