# Exhibit 16

# United States of America
## United States Patent and Trademark Office

# rippleLabs

**Reg. No. 4,949,375**  RIPPLE LABS, INC. (DELAWARE CORPORATION)
268 BUSH STREET, #2724
**Registered May 3, 2016**  SAN FRANCISCO, CA 94104

**Int. Cl.: 36**

FOR: CURRENCY EXCHANGE SERVICES; ON-LINE REAL-TIME CURRENCY TRADING; CASH MANAGEMENT, NAMELY, FACILITATING TRANSFERS OF ELECTRONIC CASH EQUIVALENTS; VIRTUAL CURRENCY EXCHANGE TRANSACTION SERVICES FOR TRANSFERRABLE ELECTRONIC CASH EQUIVALENT UNITS HAVING A SPECIFIED CASH VALUE; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF CURRENCY VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF VIRTUAL CURRENCY AND DIGITAL CURRENCY VIA ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 10-16-2013; IN COMMERCE 10-16-2013.

OWNER OF U.S. REG. NOS. 4,390,999, 4,453,543 AND OTHERS.

THE MARK CONSISTS OF A DESIGN OF BUBBLES ABOVE A BEAKER NEXT TO THE WORD "RIPPLE" IN LOWER CASE AND BOLD LETTERING AND THE WORD "LABS" WITH A CAPITAL "L" AND LOWER CASE LETTERING "ABS".

SER. NO. 86-581,025, FILED 3-30-2015.

JOANNA FIORELLI, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office