# Exhibit 17

Ripple acquires Hoodline, bringing two local news startups together | TechCrunch                    8/8/16, 2:37 PM



Got a tip? Let us know.                                          Follow Us

News ▾    Video ▾    Events ▾    CrunchB     Message Us                    Search



Innovate in Cyberjaya, The Capital of Creation.   #GlobalTechHub   Tech Hub Enabler

AdChoices

DISRUPT SF   Only 5 Days Left To Save $1000 On Tickets To Disrupt SF This September   Get Your Tickets Today ▸

Next Story

Eric Eldon
Hoodline
Ripple
Media

Popular Posts

# Ripple acquires Hoodline, bringing two local news startups together

Posted Aug 3, 2016 by Anthony Ha (@anthonyha)




Niantic investor Cyan Banister on why Pokémon is here to stay
*5 days ago*


Skully officially admits it's over
*a day ago*


Anybody can now buy Microsoft's $3,000 HoloLens
*6 days ago*


The Xbox One S is the most beautiful game console out there
*6 days ago*


Confirmed: Walmart buys Jet.com for $3B in



Ripple has acquired Hoodline, a deal that combines two different approaches to covering local news.

Founded by former Viki CEO Razmig Hovaghimian, Ripple launched earlier this year and taps community contributors for its coverage. Hoodline, meanwhile, has an editorial team (led by TechCrunch's former co-editor Eric Eldon) taking advantage of local data to cover neighborhood news.

Hovaghimian described the deal as a way to strengthen Ripple's editorial operation — he said that when it comes to neighborhood news, it made more sense to acquire the Hoodline team than compete with them: "Hoodline was just too good."

Eldon (a longtime friend and frequent colleague of mine) will remain on-board as editor in chief, and he said the "bulk" of Hoodline's editorial team will be making the transition to Ripple.

Hoodline will also continue to operate as a separate website, and there are plans to expand beyond San Francisco, something that will become easier with elements of Ripple's more partnership- and community-driven approach. Hovaghimian said the goal is to find a more affordable way to cover individual neighborhoods while still having a local connection: "We don't want someone sitting in Chicago [while] reporting on LA."

"Content will come in many ways, through APIs, partners, original editorial," he added. "What's important, though, is agnostic of where the stories come from. We want to make sure it's really good content that's relevant for the user, and it bubbles up at the right time and the right place."

Hovaghimian also said he's interested in following the lead of Hoodline's Neighborhood Kits, which package Hoodline stories and data for real estate agents. He's planning to find distribution channels beyond the Hoodline and Ripple websites and apps in order to "reach the audience wherever they are."



HARRY'S

The Razor That's Changing An Industry

READ MORE

AdChoices

## CrunchBase

**Ripple**                                                        —

OVERVIEW
Ripple Labs (formerly OpenCoin) developed the Ripple protocol, which makes transacting as easy as emailing. The San Francisco-based startup is privately funded. Its team of cryptographers, security experts, distributed network developers, Silicon Valley and Wall Street veterans enables businesses of any size to easily build payment solutions and accelerate the movement of money globally. Together with ...

LOCATION
San Francisco, California

CATEGORIES
Virtual Currency, Payments, Financial Services

Full profile for Ripple

**Hoodline**                                                      +



## TC NEWSLETTERS

The Daily Crunch          TC Week-in-Review
Our top                   Top stories of
headlines                 the week

Delivered daily           Delivered
                          weekly

CrunchBase Daily

The latest
startup funding

### Related Articles

Hoodline launches Neighborhood Kits that package local news and data for real estate agents

To Go After Local Neighborhood News And Marketplaces, Hoodline Raises $1.6M

Japanese E-Commerce Giant Rakuten Confirms Acquisition Of Video Site Viki

Ripple acquires Hoodline, bringing two local news startups together | TechCrunch    8/8/16, 2:37 PM

cash
*13 hours ago*

The financial terms of the deal were not disclosed.

(Hoodline raised a $1.6 million round last year, while Ripple has raised $4 million in funding.)

Hoodline's chief operating officer Jes Wolfe will become COO of the combined company, while Hoodline founder and CEO Andrew Dudley remains involved as an adviser. Chikai Ohazama, founder of Muxventures and previously a director of product management at Google, has also been named as an adviser.

announcements
*Delivered daily*

View More


These guys made a motorc look (and sound) like a Star Wars Speede Bike
*3 days ago*

Are coding bootca only for the rich?
*2 days ago*

China has actually built an elevate bus that travels above car traffic
*6 days ago*

How Google Analytic ruined market
*2 day ago*

13 Ways To Be Better At Pokémo Go
*3 weeks ago*

[Facebook] [Twitter] [LinkedIn] [Google+] [Reddit] [StumbleUpon] [Flipboard] [Email]

## Recommended For You
by Gravity


BrewDog brewery raising $50M from the crowd to secure U.S. expansion


Pokémon Go drives a surge in smartphone backup battery sales

## Recommended For You
by Gravity


Skully officially admits it's over


Amazon launches Prime Air, its own dedicated cargo planes to speed delivery

Shoka put a brain for your bicycle in a connected smart bell

[Enter Address]  SUBSCRIBE

**LATEST CRUNCH REPORT**


Spotify Launches Release Radar | Crunch Report

Watch More Episodes ▶

Ripple acquires Hoodline, bringing two local news startups together | TechCrunch

8/8/16, 2:37 PM



## From the Web

Sponsored Links by Taboola



**Search Any Name And See Why This...**
Truthfinder



**Headphone Company Cracks the Bluetoo...**
Wired for Master & Dynamic



**This Company Wants to Fill the Digital Info Gap for Luxury...**
Forbes | L2Inc

## From the Web

Sponsored Links by Taboola



**Search Any Name And See Why This Site Is So Addicting**
Truthfinder



**Top 3 traits of a successful selfie station business...**
Selfie Station



**Ready to get online? We've got you covered**
GoDaddy

ADVERTISEMENT



AdChoices

UP NEXT
Powerplant Ventures closes $42 million fund to back "plant-centric" food and tech startups
Posted Aug 3, 2016

### CrunchBoard
Job Listings

Full Stack JS Engineer at TechCrunch at TechCrunch (San Francisco, CA, United States)

Senior Quantitative Analyst at Convertro (Los Angeles, CA, United States)

Sr Data Scientist at Convertro (Los Angeles, CA, United States)

Sr. Technical Manager (CDN, DNS, LB) at Aol (Dulles, VA, United States)

Senior Technical Security Analyst at Aol (Dulles, VA, United States)

More from CrunchBoard

Ripple acquires Hoodline, bringing two local news startups together | TechCrunch

8/8/16, 2:37 PM

ADVERTISEMENT

# TC

**Crunch** Network

News
TCTV
Events
CrunchBase

## About

Staff
Contact Us
Advertise With Us
Send Us A Tip

## International

China
Europe
Japan

## Follow TechCrunch

f   t   g+   in

## TechCrunch Apps

## Subscribe to The Daily Crunch

Latest headlines delivered to you daily

Enter Email Address   SUBSCRIBE

© 2013-2016 AOL Inc. All rights reserved.   AOL Tech   Privacy Policy   About Our Ads   Anti Harassment Policy   Terms of Service   Powered by WordPress.com VIP   Fonts by