AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE A DELAWARE CORPORATION,<br><br>*Plaintiff(s)*<br>v.<br>PIXEL LABS, INC., A DELAWARE CORPORATION, RAZMIG HOVAGHIMIAN,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Razmig Hovaghimian
Pixel Labs
1047 Noe Street
San Francisco, CA  94114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Lawrence S. Gordon
Cozen O'Connor
575 Market Street, Suite 2200
San Francisco, CA  94105-5813

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                                                                   *Signature of Clerk or Deputy Clerk*