| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAWRENCE S. GORDON ESQ., Bar #302330<br>COZEN O'CONNOR<br>575 MARKET STREET<br>SUITE 2200<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-593-9646   FAX No: 415-692-3452<br>SRichey@cozen.com<br>Attorney for: Plaintiffs | |
| Ref. No. or File No.: 391223 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: RIPPLE LABS, INC., D/B/A RIPPLE A DELAWARE CORPORATION
Defendant: PIXEL LABS, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: 3:16-cv-04788-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JOSEPH C. SPERO; NOTICE OF ELECTRONIC FILING

3. a. Party served:   PIXEL LABS, INC.
   b. Person served:   RAYMOND LEUNG, REGISTERED AGENT

4. Address where the party was served:   c/o RAYMOND LEUNG, REGISTERED AGENT
   2001 JUNIPERO SERRA BLVD.
   SUITE 550
   DALY CITY, CA 94014

5. I served the party:
   b. by substituted service. On: Thu., Sep. 01, 2016 at: 3:22PM By Leaving Copies in the Presence of the Subject
   JOHN DOE, SECURITY GUARD, Black, Male, 30's Years Old, Bald, 150 Pounds, sitting
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. GONZALO ANDY LAZALDE
   
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $148.45
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   1357
      (iii) County:   SAN FRANCISCO

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Sep. 01, 2016

   (GONZALO ANDY LAZALDE)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS