| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| LAWRENCE S. GORDON ESQ., Bar #302330<br>COZEN O'CONNOR<br>575 MARKET STREET<br>SUITE 2200<br>SAN FRANCISCO, CA 94105 | | | |
| Telephone No: 415-593-9646  FAX No: 415-692-3452 | | | |
| SRichey@cozen.com | | Ref. No. or File No.: | |
| Attorney for: Plaintiffs | | 391223 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

Plaintiff: RIPPLE LABS, INC., D/B/A RIPPLE A DELAWARE CORPORATION
Defendant: PIXEL LABS, INC., et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:16-cv-04788-JCS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JOSEPH C. SPERO; NOTICE OF ELECTRONIC FILING

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Sep. 02, 2016
   b. Place of Mailing:        WALNUT CREEK, CA 94595
   c. Addressed as follows:    PIXEL LABS, INC.
                               c/o RAYMOND LEUNG, REGISTERED AGENT
                               2001 JUNIPERO SERRA BLVD.
                               SUITE 550
                               DALY CITY, CA 94014

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 02, 2016 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PETER HOUSE                                d. **The Fee** for Service was: $128.50
   b. One Hour Delivery Service                  e. I am: (3) registered California process server
      1280 Boulevard Way #205                         (i)   Employee
      WALNUT CREEK, CA 94595                          (ii)  Registration No.:   641
   c. 925-947-1100, FAX 925-947-3480                  (iii) County:             CONTRA COSTA

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Sep. 01, 2016

                                                                              (PETER HOUSE)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007       By Mail