| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAWRENCE S. GORDON ESQ., Bar #302330<br>COZEN O'CONNOR<br>575 MARKET STREET<br>SUITE 2200<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-593-9646     FAX No: 415-692-3452<br>SRichey@cozen.com<br>Attorney for: Plaintiffs | Ref. No. or File No.:<br>391223 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiffs: RIPPLE LABS, INC., D/B/A RIPPLE A DELAWARE CORPORATION
Defendant: PIXEL LABS, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:16-cv-04788-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JOSEPH C. SPERO; NOTICE OF ELECTRONIC FILING

3. a. Party served:      RAZMIG HOVAGHIMIAN
   b. Person served:     ATSUKO HIRAYANGI, CO-RESIDENT

4. Address where the party was served:   512 ELIZABETH STREET
                                          SAN FRANCISCO, CA 94114

5. I served the party:
   b. by substituted service. On: Thu., Sep. 01, 2016 at: 7:34PM By Leaving Copies in the Presence of the Subject
       ATSUKO HIRAYANGI, CO-RESIDENT
       (2) (Home)Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
       (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. RICARDO DELEON

   ONE HOUR LEGAL
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $223.45
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   1539
      (iii) County:              SANTA CLARA
      (iv)  Expiration Date:     Fri, Jan. 20, 2017

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Sep. 06, 2016

   (RICARDO DELEON)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS                                               341634   cozengl.52411