Lawrence S. Gordon (Cal. Bar No. 302330)
(lgordon@cozen.com)
James A. Gale (Fla. Bar No. 371726)
(jgale@cozen.com)
Samuel A. Lewis (Fla. Bar No. 55360)
(slewis@cozen.com)
Ashley G. Kessler (New York Bar No. 4834339)
(akessler@cozen.com)
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415-593-9646
Facsimile: 415-692-3452

*Attorneys for Plaintiff Ripple Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIXEL LABS, INC., A DELAWARE CORPORATION, RAZMIG HOVAGHIMIAN,<br><br>Defendants | Case No. 3:16-cv-04788-JCS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address of Cozen O'Connor's San Francisco office has changed to the following: Cozen O'Connor, 101 Montgomery Street, Suite 1400, San Francisco, California 94104, telephone: (415) 644-0914, facsimile: (415) 644-0978.

1  Dated: September 14, 2016                Respectfully submitted,
2
3
4                                            By: /s/ Lawrence S. Gordon
                                                Lawrence S. Gordon
5                                               (lgordon@cozen.com)
                                                *Attorneys for Plaintiff Ripple Labs, Inc.*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28