COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
MARCUS D. PETERSON (265339)
(mpeterson@cooley.com)
JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA  90401
Telephone:   (310) 883-6400
Facsimile:    (310) 883-6500

Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN,<br><br>Defendants. | Case No.  3:16-cv-04788-JCS<br><br>**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: September 1, 2016<br>Response Deadline: September 22, 2016<br>New Response Deadline: October 22, 2016 |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

136906639 v2

**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:16-CV-04788-JCS**

1  Pursuant to Local Civil Rule 6-3, Defendants Pixel Labs, Inc. and Razmig Hovaghimian
2  ("Defendants") hereby move for an additional 30 days to respond to the Complaint, filed in this
3  matter on August 19, 2016 (Dkt. 1). Plaintiff Ripple Labs, Inc. ("Plaintiff") filed a proof of service,
4  alleging that it served the Complaint on Defendants by mail on September 1, 2016. Dkt. 8-9.
5  Responsive pleadings would thus be due on September 22, 2016, pursuant to Fed. R. Civ. P. 12(a).
6  Defendants request a 30-day extension of this deadline, to October 22, 2016.

7  Good cause exists for granting the motion. First, the parties are currently engaged in
8  settlement negotiations. Declaration of John Paul Oleksiuk in Support of Motion to Extend Time to
9  Respond to Complaint ("Oleksiuk Decl.") ¶2. The extension is intended to enable the parties to use
10 best efforts to attempt to reach an agreement prior to the expenditure of the parties' and the court's
11 resources in connection with a response to the Complaint. *Id.* If Defendants are required to prepare
12 and file a response to the Complaint (which may include motion practice), settlement prospects may
13 be negatively impacted. *Id.* Second, given the allegations in the Complaint, and if there is no
14 settlement, Defendants would appreciate the opportunity to investigate the Complaint, and meet and
15 confer with Plaintiff regarding certain allegations. *Id.*

16 On September 14, and again on September 20, Defendants sought Plaintiff's stipulation to
17 extend the deadline to respond to the Complaint. *Id.* at ¶ 3-4. Eventually, Plaintiff stated only that it
18 would not oppose a seven-day extension. After Defendants explained why that was not reasonable,
19 Plaintiff did not agree to stipulate to the extension, but stated, "We have no problem with you
20 representing to the Court that we do not oppose a 14 day extension of time." *Id*. at ¶4, Ex. A.

21 This is the first request for an extension filed in this matter. As the Court has not yet set any
22 schedule for the case (other than a November Case Management Conference and related filings), this
23 extension will not have an impact on any other deadlines for this matter.

Cooley LLP
Attorneys At Law
Los Angeles

136906639 v2

1.

**MOTION TO EXTEND TIME TO RESPOND
TO COMPLAINT
CASE NO. 3:16-cv-04788-JCS**

| | | |
|---|---|---|
| Dated: | September 20, 2016 | COOLEY LLP<br>BOBBY GHAJAR<br>JOHN PAUL OLEKSIUK<br>MARCUS D. PETERSON |

/S/ Marcus Peterson
Marcus Peterson
Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

136906639 v2

2.

**MOTION TO EXTEND TIME TO RESPOND
TO COMPLAINT
CASE NO. 3:16-CV-04788-JCS**