COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
MARCUS D. PETERSON (265339)
(mpeterson@cooley.com)
JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA  90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN,<br><br>Defendants. | Case No.  3:16-cv-04788-JCS<br><br>**DECLARATION OF JOHN PAUL OLEKSIUK IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

OLEKSIUK DECLARATION ISO MOTION TO
EXTEND TIME
CASE NO. 3:16-CV-04788-JCS

I, John Paul Oleksiuk, Esq., declare as follows:

1. I am an attorney with the law firm of Cooley LLP, counsel in this action for Defendant Pixel Labs, Inc. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein. I make this declaration in support of Defendant Pixel Labs, Inc.'s Motion to Extend Time to Respond to Complaint.

2. The parties are currently engaged in settlement discussions and have exchanged draft settlement agreements over the past few weeks. I believe the parties will be able to resolve this matter soon. The extension is intended to enable the parties to use best efforts to attempt to reach an agreement prior to the expenditure of the parties' and the court's resources in connection with a response to the Complaint. However, my understanding is that if Defendants are required to prepare and file a response to the Complaint (which may include motion practice), settlement prospects may be negatively impacted. In addition, given the allegations in the Complaint, and if there is no settlement, Defendants would appreciate the opportunity to investigate the Complaint, and meet and confer with Plaintiff regarding certain allegations.

3. During a telephone conference with opposing counsel on September 14, 2016, counsel indicated that Plaintiff would not oppose a request by Defendants to extend their time to respond to the Complaint.

4. I sent an email to counsel for Plaintiff on September 20, 2016, requesting a stipulation to extend time to respond to the Complaint, rather than filing a motion. My colleague sent a follow-up email later on the 20th. Plaintiff's counsel responded, stating that Plaintiff "has no objection to a seven (7) day extension of time." My co-counsel sought clarification as to whether Plaintiff would stipulate to an extension or merely indicated that it would not oppose a motion by Defendants. We also requested Plaintiff re-consider agreeing to a 21-day extension to avoid multiple extension requests in the event the parties do not reach agreement within the next week. Plaintiff's counsel responded, stating, "We have no problem with you representing to the Court that we do not oppose a 14 day extension of time of time." Attached as Exhibit A is a true and correct copy of the email chain between the parties.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

OLEKSIUK DECLARATION ISO MOTION TO
EXTEND TIME
CASE NO. 3:16-CV-04788-JCS

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2016 in Santa Monica, California.

/S/ John Paul Oleksiuk
John Paul Oleksiuk

136907081 v1

**Exhibit A**

# Peterson, Marcus D.

| | |
|---|---|
| **From:** | Ghajar, Bobby A. |
| **Sent:** | Tuesday, September 20, 2016 7:00 PM |
| **To:** | Gale, James |
| **Cc:** | Gordon, Lawrence; Oleksiuk, John Paul; Lewis, Samuel; Kessler, Ashley; Peterson, Marcus D. |
| **Subject:** | RE: Ripple Labs v Pixel Labs - Extension of Time to Respond to Complaint |

Jim,

Thank you for responding. As you'll read in my email below, I was not requesting that you call me after hours. As stated, I was making myself available by phone in case that made it easier to communicate.

Also, in fairness, we mentioned the need for an extension to you last Wednesday, and hoped in the meantime that you would convince your client to extend the courtesy of a reasonable extension that would not require us to file a motion. We did not hear back from you, and Marcus emailed you earlier today to confirm. It should not take multiple requests to get a simple extension of time, or to try to convince you that seven days is insufficient. And although we disagree with your characterization of the timeline and pre-filing activity, the fact is that I became involved after the complaint was filed, and the request for extension is from counsel. As you told me last Wednesday, it is common courtesy to grant such extensions.

In any event, we are filing our motion for additional time and will share your email with the Court.

Regards,

Bobby Ghajar

---

**From:** Gale, James [mailto:jgale@cozen.com]
**Sent:** Tuesday, September 20, 2016 6:18 PM
**To:** Ghajar, Bobby A.
**Cc:** Gordon, Lawrence; Oleksiuk, John Paul; Lewis, Samuel; Kessler, Ashley; Peterson, Marcus D.
**Subject:** Re: Ripple Labs v Pixel Labs - Extension of Time to Respond to Complaint

Booby,
We have no problem with you representing to the Court that we do not oppose a 14 day extension of time of time. Your clients have had almost a year to reach an agreement with our client, to no avail. We even held off serving your clients for weeks after filing the action to see if the matter could be resolved prior to service. Moreover, in the future, please keep in mind that I am 3 hours ahead of you. Therefore, your emails and requests to discuss things at 8 or 9pm my time are unreasonable.
Furthermore, if you were in such a rush to resolve this matter, I don't understand why you expect us to turn this proposed agreement around in less than 18 hours, when you have had it for over 4 days within to review and revise.
Regards,
Jim

**James A. Gale**
**Co-Chair, IP Litigation**

1

**Board Certified, Intellectual Property**
**Registered Patent Attorney**
**Shareholder | Cozen O'Connor**
One Biscayne Tower, 30th Floor, 2 South Biscayne Blvd. | Miami, FL 33131
P: 305-358-1991 F: 305-720-2192 C: 954-610-5777
Email | Bio | Map | cozen.com

On Sep 20, 2016, at 8:32 PM, Ghajar, Bobby A. <bghajar@cooley.com> wrote:

WITHOUT PREJUDICE

Hi Jim,

I left you a voice message, which I trust that you received.  Although we appreciate your response, given my own travel plans later this week, and anticipated back and forth regarding the settlement agreement, a seven day extension is not enough – especially if our talks are ultimately unproductive and Defendants need to file a response.  Most courts do not require approval for a first extension of 30 days, and that is what we would normally seek.

Based on your earlier comments last Wednesday (*i.e.* that you may not get your client's consent), we have prepared a motion seeking 30 days.  However, to avoid a unilateral motion, would you reconsider and stipulate to a 21 day extension to avoid burdening the Court and the parties?  If so, let us know tonight and we will circulate a stipulation to you.  If not, given the current deadline, we must move forward with the motion for extension, in which case we need to know, today, whether or not Plaintiff would oppose the 21 day extension.

Separately, you now have our comments on the agreement, so if you are able to circulate your response by tomorrow, we will know whether dismissing the case more quickly is feasible.

Feel free to call me if you would like to discuss by phone.

Regards,

Bobby Ghajar

---

**From:** Gale, James [mailto:jgale@cozen.com]
**Sent:** Tuesday, September 20, 2016 5:17 PM
**To:** Peterson, Marcus D.
**Cc:** Oleksiuk, John Paul; Gordon, Lawrence; Lewis, Samuel; Kessler, Ashley; Ghajar, Bobby A.
**Subject:** Re: Ripple Labs v Pixel Labs - Extension of Time to Respond to Complaint

Our client has no objection to a seven (7) day extension of time.
Regards
Jim

<image001.jpg>  **James A. Gale**
**Co-Chair, IP Litigation**

2

> **Board Certified, Intellectual Property**
> **Registered Patent Attorney**
> **Shareholder | Cozen O'Connor**
> One Biscayne Tower, 30th Floor, 2 South Biscayne Blvd. | Miami, FL 33131
> P: 305-358-1991 F: 305-720-2192 C: 954-610-5777
> Email | Bio | Map | cozen.com

On Sep 20, 2016, at 6:01 PM, Peterson, Marcus D. <mpeterson@cooley.com> wrote:

> Jim and Larry,
>
> Further to the telephone discussion last week and our email from earlier this afternoon, please let us know your client's position on the extension of time to respond to the complaint as soon as possible, as we would need to file a unilateral motion today if your client is not willing to stipulate.
>
> Thank you,
>
> <span style="color:red">Marcus Peterson</span>
> Cooley LLP
> 1333 2nd Street, Suite 400
> Santa Monica, CA  90401-4100
> +1 310 883 6409 office
> +1 310 883 6500 fax
> mpeterson@cooley.com
>
> www.cooley.com
>
> Cooley is one of Fortune's **100 Best Companies to Work For**
>
> Cooley GO > **Start and build your business**
>
> ---
>
> This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or**

*reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**