1 | COOLEY LLP
BOBBY GHAJAR (198719)
2 | (bghajar@cooley.com)
MARCUS D. PETERSON (265339)
3 | (mpeterson@cooley.com)
JOHN PAUL OLEKSIUK (283396)
4 | (jpo@cooley.com)
1333 2nd Street
5 | Suite 400
Santa Monica, CA  90401
6 | Telephone:     (310) 883-6400
Facsimile:      (310) 883-6500
7 |
8 | Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian
9 |

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12 | RIPPLE LABS, INC., D/B/A RIPPLE, a
Delaware corporation,

13 |                                  Plaintiff,

14 |            v.

15 | PIXEL LABS, INC., a Delaware corporation,
RAZMIG HOVAGHIMIAN,

16 |

17 |                                  Defendants.

Case No.  3:16-cv-04788-JCS

**[PROPOSED] ORDER GRANTING
MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT**

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:16-cv-04788-JCS

1  The Court, having reviewed Defendant Pixel Labs, Inc. and Razmig Hovaghimian's Motion

2  to Extend Time to Respond to Complaint and supporting declaration, for good cause shown,

3  **GRANTS** the Motion.  Defendants' new deadline to respond to the Complaint is October 22, 2016.

4

5  Dated: _____, 2016

6  _____
   Hon. Joseph C. Spero
   United States Magistrate Judge

7

8  136908775 v1

Cooley LLP
Attorneys At Law
Los Angeles

1.

ORDER GRANTING MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:16-CV-04788-JCS