| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | MARCUS D. PETERSON (265339) |
| 3 | (mpeterson@cooley.com) |
| | JOHN PAUL OLEKSIUK (283396) |
| 4 | (jpo@cooley.com) |
| | 1333 2nd Street |
| 5 | Suite 400 |
| | Santa Monica, CA  90401 |
| 6 | Telephone:    (310) 883-6400 |
| | Facsimile:    (310) 883-6500 |
| 7 | |
| 8 | Attorneys for Defendants |
| | Pixel Labs, Inc. and Razmig Hovaghimian |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation, | Case No.  3:16-cv-04788-JCS |
| Plaintiff, | **NOTICE OF APPEARANCE OF JOHN PAUL OLEKSIUK ON BEHALF OF DEFENDANTS PIXEL LABS, INC. AND RAZMIG HOVAGHIMIAN** |
| v. | |
| PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF APPEARANCE OF JOHN PAUL
OLEKSIUK ON BEHALF OF DEFENDANTS
CASE NO. 3:16-CV-04788-JCS

**PLEASE TAKE NOTICE** that John Paul Oleksiuk of the law firm Cooley LLP, who is registered for CM/ECF and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Defendants Pixel Labs, Inc. and Razmig Hovaghimian in the above-captioned matter. Effective immediately, please add John Paul Oleksiuk as an attorney to be noticed on all matters at the following address:

> John Paul Oleksiuk
> COOLEY LLP
> 1333 2nd Street
> Suite 400
> Santa Monica, CA 90401
> Telephone: (310) 883-6400
> Facsimile: (310) 883-6500
> Email: jpo@cooley.com

Dated:   September 20, 2016          COOLEY LLP
                                     BOBBY GHAJAR
                                     MARCUS D. PETERSON
                                     JOHN PAUL OLESIUK


                                     /S/ John Paul Oleksiuk
                                     John Paul Oleksiuk
                                     Attorneys for Defendants
                                     Pixel Labs, Inc. and Razmig Hovaghimian

136918371 v1