Lawrence S. Gordon (Cal. Bar No. 302330)
(lgordon@cozen.com)
James A. Gale (Fla. Bar No. 371726)
(jgale@cozen.com)
Samuel A. Lewis (Fla. Bar No. 55360)
(slewis@cozen.com)
Ashley G. Kessler (New York Bar No. 4834339)
(akessler@cozen.com)
**COZEN O'CONNOR, P.A.**
575 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: 415-593-9646
Facsimile: 415-692-3452

*Attorneys for Plaintiff Ripple Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIXEL LABS, INC., A DELAWARE CORPORATION, RAZMIG HAVAGHIMAN,<br><br>Defendants | Case No. 3:16-cv-04788-JCS<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND F.R.C.P. 7.1** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

- 2015 Route 66 PE Holdings, LLC
- 25E LLC
- 500 Startups, L.P.
- Accenture LLP
- Activated Holdings, LLC
- AH Fund III Seed, L.L.C.
- Alamaram, LLC
- AME Cloud Ventures
- A-RAF-13-Fund, a series of AX-AbVc-Funds, LLC
- A-RXT-27-Fund, a series of AngelList-BlAl-Funds, LLC
- Awaya
- BB Trust Dated 2/21/2003
- Bellerophon, LLC
- Camp One Ventures (FundB), LLC
- Camp One Ventures, LLC
- CGC Asia Growth Fund I, L.P.
- Christian Larsen & Lyna Thi Lam Revocable Living Trust, u/a/d 12/26/2003
- Christian Larsen, Trustee of The Christian Larsen 2016 Annuity Trust II u/a/d 8/26/2016
-

1
- CME Ventures, LLC. (f/k/a Liquidity Ventures I LLC)
  Date: September 1, 2016
2
- Core Innovation Capital I, L.P.
3
- CRCM Institutional Master Fund (BVI) Ltd
4
- CRCM Opportunity Fund, L.P.
5
- CRCM RPL LLC
6
- Crosscoin Ventures, LLC
7
- Crypto Currency Partners II, LP
8
- Dierbergs Five L.P.
9
- Digital Currency Group, Inc.
10
- Emerson Joy, Inc.
11
- FDCI LLC
12
- FF Angel IV, LLC
13
- Fintech Business Innovation LPs
14
- G&H Partners
15
- GC&H Investments, LLC
16
- Grand View Ventures LLC
17
- GV 2013, L.P.
18
- Hard Yaka
19
- HT Ventures LLC
20
- IDG China IV Investors L.P.
21
- IDG China Venture Capital Fund IV L.P.
22
- IDG Technology Venture Investment IV, L.P.
23
- J Capital
24
- Jayhawk House Capital, LLC
25
26
27
28

6300\1   CERTIFICATION OF                    2            CASE NO. 3:16-cv-04788-JCS
         INTERESTED ENTITIES OR
         PERSONS

1. - Jeffrey D. Jacobs Revocable Trust
2. - Kicking Horse RSLA, LLC
3. - Lightspeed Venture Partners IX, L.P.
4. - Lyna Thi Lam, Trustee of The Lyna Thi Lam 2016 Annuity Trust II u/a/d 8/26/2016
5. - Mantis Group
6. - NCMIC Group Inc.
7. - North Island LLC
8. - Partington
9. - Pensco Trust Company FBO James Tananbaum Roth IRA
10. - Ripple I, a series of Abstract Ventures SPV, LLC
11. - RLV51 Fund II, L.P.
12. - RLV51 Fund, L.P.
13. - RRE Ventures VI, LP
14. - Santander Fintech Limited
15. - SBI Holdings Inc.
16. - Seagate Technology International
17. - Silicon Valley Investments 4, LLC
18. - Standard Chartered UK Holdings Limited
19. - Stanford Technologies I, LLC
20. - Tananbaum Children Trust dtd 12/22/97
21. - The Siam Commercial Bank Public Company Limited
22. - ThirdStream Partners, LLC
23. - Timothy Alan Kendall and Aubrey Louise Kendall, Trustees of the Kendall Revocable Living Trust dated 8/17/11
24. - Tusk Ventures LLC
25. - Vast Ventures V LP

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     3     CASE NO. 3:16-cv-04788-JCS

1  • Venture51 Capital Partners II, L.P.
2  • Yves Behar Studio, LLC
3
4
5  Dated: September 22, 2016            Respectfully submitted,
6                                       By: /s/ *Lawrence S. Gordon*
7                                           Lawrence S. Gordon
                                             *Attorneys for Plaintiff Ripple Labs, Inc.*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

863100\1  CERTIFICATION OF            4        CASE NO. 3:16-cv-04788-JCS
          INTERESTED ENTITIES OR
          PERSONS