| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | MARCUS D. PETERSON (265339) |
| 3 | (mpeterson@cooley.com) |
| | JOHN PAUL OLEKSIUK (283396) |
| 4 | (jpo@cooley.com) |
| | 1333 2nd Street |
| 5 | Suite 400 |
| | Santa Monica, CA  90401 |
| 6 | Telephone:   (310) 883-6400 |
| | Facsimile:    (310) 883-6500 |
| 7 | |
| | Attorneys for Defendants |
| 8 | Pixel Labs, Inc. and Razmig Hovaghimian |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation, | Case No.  3:16-cv-04788-JCS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, | |
| Defendants. | |

1   The Court, having reviewed Defendant Pixel Labs, Inc. and Razmig Hovaghimian's Motion to Extend Time to Respond to Complaint and supporting declaration, for good cause shown, **GRANTS** the Motion.  Defendants' new deadline to respond to the Complaint is October 22, 2016.

Dated:   September 22 , 2016

Hon. Joseph C. Spero
United States Magistrate Judge

136908775 v1