UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIXEL LABS, INC., et al.,<br><br>　　　　　Defendants. | Case No.3:16-cv-04788-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 11, 2017 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due seven Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 6, 2016

　　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　William Noble, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　415-522-2036