Lawrence S. Gordon (Cal. Bar No. 302330)
(lgordon@cozen.com)
James A. Gale (Fla. Bar No. 371726)
(jgale@cozen.com)
Samuel A. Lewis (Fla. Bar No. 55360)
(slewis@cozen.com)
Ashley G. Kessler (New York Bar No. 4834339)
(akessler@cozen.com)
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415-593-9646
Facsimile: 415-692-3452

*Attorneys for Plaintiff Ripple Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIXEL LABS, INC., A DELAWARE CORPORATION, RAZMIG HOVAGHIMIAN,<br><br>Defendants | Case No. 3:16-cv-04788-JST<br><br>**CERTIFICATE OF SERVICE** |

I, Sandra Richey, certify and declare as follows:

I am over the age of 18 and not a party to this action.

My business address is 101 Montgomery Street, Suite 1400, San Francisco, California 94104-4128, where the mailing described below took place.

1  On October 6, 2016, I deposited in the United States mail at San Francisco, California,
2  a copy of the Standing Orders for All Civil Cases Before District Judge Jon S. Tigar and a
3  copy of the Standing Orders for All Judges of the Northern District of California, on the parties,
4  through their attorneys of record, as indicated on the attached service list. Copies of both
5  
6  Orders are attached to this Certificate.
7  I declare under penalty of perjury that the foregoing is true and correct.
8  
9  
10  Executed on: October 6, 2016         
                                          Sandra Richey

CERTIFICATE OF SERVICE                                              3:16-CV-04788-JST

# SERVICE LIST

*Ripple Labs, Inc. v. Pixel Labs, Inc.*

Case No.: 3:16-cv-04788-JST

| | |
|---|---|
| Bobby Ghajar<br>Marcus D. Peterson<br>John Paul Oleksiuk<br>COOLEY LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401 | Counsel for Defendants Pixel Labs, Inc. and Razmig Hovaghimian<br>Tele: (310) 883-6400<br>Fax: (310) 883-6500 |

CERTIFICATE OF SERVICE                                    3:16-CV-04788-JST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STANDING ORDER FOR ALL CIVIL CASES BEFORE
DISTRICT JUDGE JON S. TIGAR**

A.  **Service of this Order Is Required**

Within five days of the filing of the complaint or the addition of a new party, plaintiff is ordered to serve on all parties a copy of this Order and the Standing Order for All Judges of the Northern District Court Concerning Joint Case Management Statements.

B.  **Court Schedule**

Judge Tigar hears civil motions on Thursdays at 2:00 p.m., in Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. Motions must be noticed for a hearing in accordance with Civil Local Rule 7. Counsel need not reserve a hearing date in advance. Before selecting a hearing date, however, counsel must consult Judge Tigar's weekly calendar, which is available at http://www.cand.uscourts.gov/jst, to determine which dates are available. The Court may reset noticed hearing dates as its calendar requires.

The Court may find a matter suitable for disposition without oral argument and vacate the hearing on the matter. If, however, any party advises the Court in writing by no later than two days from the date of the order vacating the hearing that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for five or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Counsel shall confer with each other, and the party requesting the rescheduling of the hearing shall identify the upcoming available dates on the Court's calendar at which all counsel are available for the hearing.

Case management conferences are held on Wednesdays at 2:00 p.m. Pretrial conferences are held on Fridays at 2:00 p.m., and are sometimes conducted at the Oakland federal courthouse.

Scheduling questions may be addressed to Courtroom Deputy William Noble at (415) 522-2036 or jstcrd@cand.uscourts.gov.

C.  **Joint Case Management Statement and Initial Case Management Conference**

Parties are required to file a joint case management statement not less than seven court days before a scheduled case management conference, unless the Court sets a different

deadline.

The Northern District Court requires civil litigants to meet and confer regarding specified topics, including alternative dispute resolution and the discovery of electronically stored information ("ESI"), prior to the filing of the initial joint case management statement.

Civil litigants before this Court must review and comply with the terms of the Northern District Standing Order For All Judges Concerning Joint Case Management Statements. In addition, the parties must review in detail the Northern District's ESI Guidelines and Checklist for Rule 26(f) conferences. The Court discourages deviation from the ESI Guidelines absent good cause. Failure to meet and confer regarding the required topics prior to the initial case management conference, including alternative dispute resolution and ESI, may, in the reasonable exercise of the Court's discretion, result in sanctions or disciplinary action.

### D. Motions for Summary Judgment

Absent good cause, the Court will consider only one motion for summary judgment per party. Any party wishing to exceed this limit must request leave of court and must show good cause. Motions for summary judgment shall comply with Civil Local Rule 7 in all respects.

### E. Courtesy Copies and Proposed Orders

The Court requires courtesy copies only of publicly-filed motions and related briefing, including attachments, exhibits, declarations, and other accompanying material. Courtesy copies shall be double-sided. The Court discourages the service of courtesy copies of any other documents, except when specifically requested by the Court.

The quality, condition, and labeling of binders, when used, should be such that the Court can easily identify, review, and transport the binders' contents. Whenever possible, the spine of a binder should not exceed three inches in width, even if that limitation results in the use of more than one binder.

All courtesy copies or hard copies of documents must be lodged with the clerk's office in San Francisco for delivery to the chambers of Judge Tigar, even if the document is related to a case filed in or pending in Oakland or San Jose.

### F. Discovery Matters

A party may not file a motion regarding a discovery dispute without leave of court. If a discovery dispute arises, the parties shall meet and confer in good faith to attempt to resolve the dispute. If the parties are unable to reach a resolution through this process, they shall file a joint letter brief of five pages or less that describes each disputed issue. The joint letter brief must be filed electronically in the Civil Events category of Motions and Related Filings > Motions – General > Discovery Letter Brief. After the letter brief is submitted, the Court will advise the parties as to how it intends to proceed.

Discovery disputes may be referred to a Magistrate Judge. If a discovery dispute is referred to a Magistrate Judge, the Magistrate Judge to whom the dispute is referred will advise the parties as to how that Judge intends to proceed.

After a Magistrate Judge has been assigned to a case for discovery, the parties in that case must handle any discovery matters according to the procedures set by that Judge.

Dated: July 8, 2016

JON S. TIGAR
United States District Judge

# STANDING ORDER FOR ALL JUDGES
# OF THE NORTHERN DISTRICT OF CALIFORNIA

## CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

All judges of the Northern District of California require identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1. <u>Jurisdiction and Service</u>: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2. <u>Facts</u>: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3. <u>Legal Issues</u>: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4. <u>Motions</u>: All prior and pending motions, their current status, and any anticipated motions.

5. <u>Amendment of Pleadings</u>: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6. <u>Evidence Preservation</u>: A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. *See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

7. <u>Disclosures</u>: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26, and a description of the disclosures made.

8. <u>Discovery</u>: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.

9. <u>Class Actions</u>: If a class action, a proposal for how and when the class will be certified.

10. <u>Related Cases</u>: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11. <u>Relief</u>: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12. <u>Settlement and ADR</u>: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment. ___ Yes   ___ No

14. <u>Other References</u>: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16. <u>Expedited Trial Procedure</u>: Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64 Attachments B and D.

17. <u>Scheduling</u>: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18. <u>Trial</u>: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20. <u>Professional Conduct</u>: Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

## Richey, Sandra B.

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, October 6, 2016 10:06 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:16-cv-04788-JST Ripple Labs, Inc. v. Pixel Labs, Inc. et al |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 10/6/2016 at 10:05 AM and filed on 10/6/2016
**Case Name:** Ripple Labs, Inc. v. Pixel Labs, Inc. et al
**Case Number:** 3:16-cv-04788-JST
**Filer:**
**Document Number:** 22

**Docket Text:**
CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 12/30/2016. Initial Case Management Conference set for 1/11/2017 at 2:00 PM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # (1) Standing Order, # (2) Standing Order for All Judges of the Northern District) (wsn, COURT STAFF) (Filed on 10/6/2016)

**3:16-cv-04788-JST Notice has been electronically mailed to:**

Ashley G Kessler    akessler@feldmangale.com

James A. Gale    jgale@cozen.com, ssanabria@feldmangale.com

John Paul Oleksiuk    jpo@cooley.com, jra@cooley.com, macgregorjm@cooley.com

Lawrence Scott Gordon    lgordon@cozen.com, srichey@cozen.com, ssanabria@cozen.com

Marcus DeWayne Peterson    mpeterson@cooley.com, bghajar@cooley.com, jalvarez@cooley.com, jra@cooley.com

1

Samuel Abraham Lewis    slewis@cozen.com

**3:16-cv-04788-JST Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 16-cv-04788-JST Clerk's Notice CMC.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/6/2016] [FileNumber=13093105-0]
[46c3559e294a3705bef779786cca26cd8a2606315be059d2d7b53685f61f2a3449c7
6350543c61a7ceee13fa6f2774c4211c37fca3bf7885b8ba186d9ecda637]]
**Document description:** Standing Order
**Original filename:** Civil-Standing-Order-JST-07.08.15.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/6/2016] [FileNumber=13093105-1]
[a2bb7dd327eadc51e32214136723cb5eaec6c2daa0ad369b5e0b9f16e3ff3cecaa18
afdbb8e1f25cc767650f9645117f889f1169b8f48cee2a8dec425761b2f0]]
**Document description:** Standing Order for All Judges of the Northern District
**Original filename:** Standing Order for All Judges of the ND of CA 11-01-2014.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/6/2016] [FileNumber=13093105-2]
[a409c89ad84f436c92b38700fd53137f2d0524944b330124c96da49d55ddb8a9531f
a38d8a280a5fb1cde6db789c41d2047803c49712e03abfe16ba4f9d74b65]]