COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
MARCUS D. PETERSON (265339)
(mpeterson@cooley.com)
JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA  90401
Telephone:   (310) 883-6400
Facsimile:    (310) 883-6500

Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, an individual,<br><br>Defendants. | Case No.  3:16-cv-04788-JST<br><br>**SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: September 1, 2016<br>Response Deadline: October 22, 2016<br>New Response Deadline: November 5, 2016 |

Cooley LLP
Attorneys At Law
Los Angeles

138059737 v1

SECOND MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:16-cv-04788-JST

Pursuant to Local Civil Rule 6-3, Defendants Pixel Labs, Inc. and Razmig Hovaghimian ("Defendants") hereby move for an additional 14 days to respond to the Complaint, filed in this matter on August 19, 2016 (Dkt. 1).

Plaintiff Ripple Labs, Inc. ("Plaintiff") filed a proof of service, alleging that it served the Complaint on Defendants by mail on September 1, 2016 (Dkt. 8-9) and responsive pleadings was due on September 22, 2016, pursuant to Fed. R. Civ. P. 12(a).

Defendants requested a 30-day extension of this deadline to October 22, 2016, which was grant by Hon. Joesph C. Spero on September 22, 2016 (Dkt. 15). Defendants hereby request a 14-day extension of the responsive pleadings deadline, to November 5, 2016.

Good cause exists for granting the motion. Over the past several weeks, Defendants, through counsel, have focused their efforts on exhausting the possibility of settlement, and to that end, have worked in good faith to narrow the issues in dispute through back-and-forth negotiations with Plaintiff's counsel. Declaration of Marcus Peterson in Support of Second Motion to Extend Time to Respond to Complaint ("Peterson Decl.") at ¶2. Based on recent emails, it appears that the parties may have reached an agreement in principal. *Id.* at ¶3. The requested extension would allow the parties to conclude settlement discussions – one way or the other.

If the parties reach agreement based on the latest proposal, the requested, additional time will give the parties the ability to arrange for dismissal of the Complaint without allowing the current response deadline to pass, and without the need for Defendants to file responses. On the other hand, if the agreement is not finalized, the short extension would allow Defendants to shift their efforts to preparing their response(s) to the Complaint, and to explore potential counterclaims. Defendants have not done so in deference to the settlement negotiations. *Id.* at ¶4.

Accordingly, Defendants respectfully request this two-week extension so that they are not put in a disadvantageous position, having used the past several weeks to attempt to resolve the parties' dispute. Unfortunately, Plaintiff initially indicated that it does not agree to an extension of time and that it will oppose the same. *Id.* at ¶5. When Defendants informed Plaintiff that they would file this motion unless dismissal could be completed prior to the response deadline, Plaintiff

Cooley LLP
Attorneys At Law
Los Angeles

138059737 v1

1.

SECOND MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:16-cv-04788-JST

indicated that it did not believe a dismissal could be completed prior to the deadline. *Id.* Accordingly, Defendants have filed this motion.

Respectfully submitted,

Dated: October 20, 2016

COOLEY LLP
BOBBY GHAJAR
JOHN PAUL OLEKSIUK
MARCUS D. PETERSON


/S/ Marcus Peterson
Marcus Peterson
Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

138059737 v1

2.

SECOND MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:16-CV-04788-JST