| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | MARCUS D. PETERSON (265339) |
| 3 | (mpeterson@cooley.com) |
| | JOHN PAUL OLEKSIUK (283396) |
| 4 | (jpo@cooley.com) |
| | 1333 2nd Street |
| 5 | Suite 400 |
| | Santa Monica, CA  90401 |
| 6 | Telephone:   (310) 883-6400 |
| | Facsimile:    (310) 883-6500 |
| 7 | |
| | Attorneys for Defendants |
| 8 | Pixel Labs, Inc. and Razmig Hovaghimian |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., a Delaware corporation, | Case No.  3:16-cv-04788-JST |
| Plaintiff, | **DECLARATION OF MARCUS D. PETERSON IN SUPPORT OF SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, an individual, | |
| Defendants. | |

I, Marcus D. Peterson, Esq., declare as follows:

1. I am an attorney with the law firm of Cooley LLP, counsel in this action for Defendant Pixel Labs, Inc. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein. I make this declaration in support of Defendant Pixel Labs, Inc.'s Second Motion to Extend Time to Respond to Complaint.

2. Over the past several weeks, Defendants, through counsel, have focused their efforts on exhausting the possibility of settlement, and to that end, have worked in good faith to narrow the issues in dispute through back-and-forth negotiations with Plaintiff's counsel.

3. Based on our recent correspondence with Plaintiff's counsel, it appears that the parties may have reached an agreement in principal. I sent a final draft settlement agreement to Plaintiff's counsel on October 19. Defendants are waiting for Plaintiff's confirmation that it will sign the agreement.

4. Defendants have not devoted resources to preparing a response to the Complaint, in deference to the settlement negotiations.

5. On October 17, I sent an email to counsel for Plaintiff addressing the remaining issues and indicating that if the parties are unable to resolve them, we would seek Plaintiff's approval on a further extension of time to respond to the Complaint. During a phone call on October 18, Plaintiff's counsel indicated that it would not agree to any such extension. On October 19, Plaintiff's counsel stated in an email discussing settlement terms that Plaintiff would "vigorously oppose" any motion by Defendants for an extension of time. Nonetheless, later that day, I emailed Plaintiff's counsel the final draft of the agreement, stating that Defendants would likely need to file this motion given that a dismissal may not be completed before the responsive deadline, and asking Plaintiff to reconsider its decision to oppose the motion. On October 20, Plaintiff's counsel did not indicate whether Plaintiff would oppose this motion, but stated he did not believe the dismissal could be filed prior to the responsive deadline.

Cooley LLP
Attorneys At Law
Los Angeles

1.

PETERSON DECLARATION ISO SECOND
MOTION TO EXTEND TIME
CASE NO. 3:16-cv-04788-JST

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2016 in Santa Monica, California.

/S/ Marcus D. Peterson
Marcus D. Peterson

138034263 v1