1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  (bghajar@cooley.com)
   MARCUS D. PETERSON (265339)
3  (mpeterson@cooley.com)
   JOHN PAUL OLEKSIUK (283396)
4  (jpo@cooley.com)
   1333 2nd Street
5  Suite 400
   Santa Monica, CA  90401
6  Telephone:   (310) 883-6400
   Facsimile:    (310) 883-6500
7
   Attorneys for Defendants
8  Pixel Labs, Inc. and Razmig Hovaghimian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, an Individual,<br><br>                Defendants. | Case No.  3:16-cv-04788-JST<br><br>**[PROPOSED] ORDER GRANTING SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER GRANTING MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:16-CV-04788-JST**

1  The Court, having reviewed Defendant Pixel Labs, Inc. and Razmig Hovaghimian's Second
2  Motion to Extend Time to Respond to Complaint and supporting declaration, for good cause shown,
3  **GRANTS** the Motion.  Defendants' new deadline to respond to the Complaint is November 5, 2016.

5  Dated: _____, 2016

6  Hon. Jon S. Tigar
   United States District Judge

8  138032360 v1

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

**ORDER GRANTING MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:16-CV-04788-JST**