| | |
|---|---|
| 1 | COOLEY LLP<br>BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com)<br>MARCUS D. PETERSON (265339) |
| 3 | (mpeterson@cooley.com)<br>JOHN PAUL OLEKSIUK (283396) |
| 4 | (jpo@cooley.com)<br>1333 2nd Street |
| 5 | Suite 400<br>Santa Monica, CA  90401 |
| 6 | Telephone:   (310) 883-6400<br>Facsimile:    (310) 883-6500 |
| 7 | |
| 8 | Attorneys for Defendants<br>Pixel Labs, Inc. and Razmig Hovaghimian |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, an Individual,<br><br>Defendants. | Case No.  3:16-cv-04788-JST<br><br>**NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: September 1, 2016<br>Response Deadline: October 22, 2016<br>New Response Deadline: November 5, 2016 |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF PLAINTIFF'S NON-OPPOSITION
TO SECOND MOTION TO EXTEND TIME
CASE NO. 3:16-CV-04788-JST

On October 20, 2016, Defendants Pixel Labs, Inc. and Razmig Hovaghimian ("Defendants") filed a motion to extend the deadline to respond to the Complaint by an additional 14 days (Dkt. 24). On October 24, Plaintiff informed Defendants that Plaintiff does not oppose the motion for extension. See Declaration of Marcus Peterson re Motion for Extension at ¶2.

Dated:     October 24, 2016          COOLEY LLP
                                     BOBBY GHAJAR
                                     JOHN PAUL OLEKSIUK
                                     MARCUS D. PETERSON


                                     /S/ Marcus Peterson
                                     Marcus Peterson
                                     Attorneys for Defendants
                                     Pixel Labs, Inc. and Razmig Hovaghimian

138202484 v1

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

NOTICE OF PLAINTIFF'S NON-OPPOSITION
TO SECOND MOTION TO EXTEND TIME
CASE NO. 3:16-CV-04788-JST