| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | MARCUS D. PETERSON (265339) |
| 3 | (mpeterson@cooley.com) |
| | JOHN PAUL OLEKSIUK (283396) |
| 4 | (jpo@cooley.com) |
| | 1333 2nd Street |
| 5 | Suite 400 |
| | Santa Monica, CA  90401 |
| 6 | Telephone:    (310) 883-6400 |
| | Facsimile:     (310) 883-6500 |
| 7 | |
| | Attorneys for Defendants |
| 8 | Pixel Labs, Inc. and Razmig Hovaghimian |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., a Delaware corporation, | Case No.  3:16-cv-04788-JST |
| Plaintiff, | **DECLARATION OF MARCUS D. PETERSON IN SUPPORT OF NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, an individual, | |
| Defendants. | |

I, Marcus D. Peterson, Esq., declare as follows:

1. I am an attorney with the law firm of Cooley LLP, counsel in this action for Defendant Pixel Labs, Inc. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein. I make this declaration in support of Notice of Plaintiff's Non-Opposition to Defendants' Second Motion to Extend Time to Respond to Complaint.

2. On October 24, Plaintiff's counsel advised me via email that Plaintiff does not oppose Defendants' motion for extension of time to respond to the Complaint by an additional 14 days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2016 in Santa Monica, California.

/S/ Marcus D. Peterson
Marcus D. Peterson

138202901 v1

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

PETERSON DECLARATION ISO NOTICE OF
PLAINTIFFS' NON-OPPOSITION
CASE NO. 3:16-CV-04788-JST