COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
MARCUS D. PETERSON (265339)
(mpeterson@cooley.com)
JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation, <br><br>              Plaintiff, <br><br>     v. <br><br> PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, an Individual, <br><br>        Defendants. | Case No.  3:16-cv-04788-JST <br><br> **NOTICE OF TENTATIVE SETTLEMENT** |

1    Plaintiff Ripple Labs, Inc. ("Plaintiff") and Defendants Pixel Labs, Inc. and Razmig

2  Hovaghimian ("Defendants") hereby jointly notify the Court that they have reached a tentative

3  agreement relating to all claims in this case.  That agreement requires the parties to perform certain

4  actions, which they believe will be completed in the next 14 days, after which all claims will be

5  dismissed with prejudice.  Accordingly, the parties jointly request that the Court stay all current case

6  deadlines, including Defendants' deadline to respond to the Complaint, for thirty (30) days to allow

7  the parties to finalize the agreement, complete the required actions, and file a Notice of Dismissal.

8

9  Dated:        November 7, 2016          COOLEY LLP

10                                         BOBBY GHAJAR
                                           JOHN PAUL OLEKSIUK

11                                         MARCUS D. PETERSON

12                                         /S/ Bobby Ghajar

13                                         _____
                                           Bobby Ghajar

14                                         Attorneys for Defendants
                                           Pixel Labs, Inc. and Razmig Hovaghimian

15

16  Dated:        November 7, 2016          COZEN O'CONNOR

17                                         LAWRENCE S. GORDON
                                           JAMES A. GALE

18                                         SAMUEL A. LEWIS
                                           ASHLEY G. KESSLER

19

20                                         /S/ Lawrence S. Gordon

21                                         _____
                                           Lawrence S. Gordon

22                                         Attorneys for Plaintiff
                                           Ripple Labs, Inc.

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1, I, Bobby Ghajar, hereby attest that all parties have concurred in the filing by a conformed signature (/S/) within this e-filed document.

Dated:          November 7, 2016                COOLEY LLP


/S/ Bobby Ghajar
Bobby Ghajar
Attorneys for Defendants
Pixel Labs, Inc. and Razmig Hovaghimian

138751953