| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | MARCUS D. PETERSON (265339) |
| 3 | (mpeterson@cooley.com) |
| | JOHN PAUL OLEKSIUK (283396) |
| 4 | (jpo@cooley.com) |
| | 1333 2nd Street |
| 5 | Suite 400 |
| | Santa Monica, CA  90401 |
| 6 | Telephone:   (310) 883-6400 |
| | Facsimile:    (310) 883-6500 |
| 7 | |
| 8 | Attorneys for Defendants |
| | Pixel Labs, Inc. and Razmig Hovaghimian |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, a Delaware corporation, | Case No.  3:16-cv-04788-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STAY OF ALL DEADLINES FOR 30 DAYS** |
| v. | |
| PIXEL LABS, INC., a Delaware corporation, RAZMIG HOVAGHIMIAN, an Individual, | |
| Defendants. | |

The Court, having reviewed the parties' Notice of Tentative Settlement, and for good cause appearing, hereby orders all current case deadlines stayed for 30 days.  If a Notice of Dismissal is not filed by December 7, 2016, the Court will issue a new scheduling order and Case Management Conference Order at that time.

IT IS SO ORDERED

Dated: _____, 2016

Hon. Jon S. Tigar
United States District Judge

138753735