UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PIXEL LABS, INC., et al.,<br><br>        Defendants. | Case No.16-cv-04788-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 27 |

The parties stated on the record on November 7, 2016, that they have settled this action. See ECF No. 27.  By December 19, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.  The case management conference scheduled for January 11, 2017 will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: November 7, 2016

_____
JON S. TIGAR
United States District Judge