Lawrence S. Gordon (Cal. Bar No. 302330)
(lgordon@cozen.com)
James A. Gale (Fla Bar No. 371726)
(jgale@cozen.com)
Samuel A. Lewis (Fla Bar No. 55360)
(slewis@cozen.com)
Ashley G. Kessler (NY Bar No. 4834339)
(akessler@cozen.com)
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, CA  94104
Telephone: 415.644.0914
Facsimile:  415.644.0978

*Attorneys for Plaintiff Ripple Labs, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIXEL LABS, INC., A DELAWARE CORPORATION, RAZMIG HOVAGHIMIAN,<br><br>Defendants. | Case No.: 3:16-CV-04788-JST |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE WITH THE COURT'S RETAINING OF JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT**

Plaintiff, RIPPLE LABS, INC., and Defendants PIXEL LABS, INC. and RAZMIG HAVAGHIMAN, hereby provide notice to the Court of a Settlement and Coexistence Agreement and jointly move the Court to dismiss this case with prejudice and to retain jurisdiction to enforce the terms of the Settlement, and as grounds state:

1.   Plaintiff and Defendants have entered into a Settlement and Coexistence Agreement ("Agreement"), attached hereto as Exhibit "A," which provides as a fundamental component the Court's retaining jurisdiction to enforce its terms.  See Agreement, ¶1(h).

2. Respectfully, the parties jointly request that the Court enter the attached Order of Dismissal with Prejudice, retaining jurisdiction to enforce the terms of the Agreement. (Exhibit "B") A District Court may retain ancillary jurisdiction to enforce the terms of a Settlement Agreement as long as the Court's Order of dismissal "explicitly retain[s] jurisdiction over the settlement agreement, or incorporate[s] the terms of the agreement in its dismissal order to exercise such jurisdiction." *Boardman v. Pacific Seafood Group*, 822 F.3d 1011, 1028 (9th Cir. 2016) (citations omitted*); see also Richard S. v. Department of Developmental Services of State of California* 317 F.3d 1080 (2003) (Court may retain jurisdiction to enforce the terms of a private settlement agreement).

3. Each party shall bear its/his own attorney's fees and costs, unless otherwise provided in the Settlement Agreement.

WHEREFORE, the parties respectfully request that the Court enter the Order, attached hereto as Exhibit "B."

Dated:   November 18, 2016

COZEN O'CONNOR

By: /s/ Lawrence Scott S. Gordon
    Lawrence Scott S. Gordon
    Attorneys for Plaintiff
    Ripple Labs, Inc

COOLEY LLP

By: /s/ Marcus Peterson
    Marcus Peterson
    Attorneys for Defendants
    Pixel Labs, Inc. and Razmig Havaghiman