Lawrence S. Gordon (Cal. Bar No. 302330)
(lgordon@cozen.com)
James A. Gale (Fla Bar No. 371726)
(jgale@cozen.com)
Samuel A. Lewis (Fla Bar No. 55360)
(slewis@cozen.com)
Ashley G. Kessler (NY Bar No. 4834339)
(akessler@cozen.com)
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, CA  94104
Telephone: 415.644.0914
Facsimile:  415.644.0978

*Attorneys for Plaintiff Ripple Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC., D/B/A RIPPLE, A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIXEL LABS, INC., A DELAWARE CORPORATION, RAZMIG HOVAGHIMIAN,<br><br>Defendants. | Case No.: 3:16-CV-04788-JST |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE WITH THE COURT'S RETAINING JURISDICTION TO ENFORCE THE SETTLEMENT AND COEXISTENCE AGREEMENT**

THIS CAUSE came to be heard on the joint motion filed by Plaintiff, RIPPLE LABS, INC., and Defendants PIXEL LABS, INC. and RAZMIG HAVAGHIMAN, providing notice to the Court of a Settlement and Coexistence Agreement ("Agreement"), jointly moving the Court to dismiss this case with prejudice and to retain jurisdiction to enforce the terms of the Agreement.

Being fully advised in the premises, it is,

ORDERED and ADJUDGED:

1. The Court has received and accepts the parties' Agreement, attached hereto as Exhibit "A."

2. Pursuant to the terms of the Agreement, the Court Dismisses with Prejudice this cause, but retains jurisdiction to enforce the terms of the Agreement.

3. Each party shall bear its/his own attorney's fees and costs, unless otherwise provided in the Agreement.

_____
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COPIES FURNISHED TO ALL COUNSEL